UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                **MEMORANDUM OPINION
                                  AND ORDER**
                              Crim. No. 19-103 (01) (MJD/ECW)

Anthony Akemu Abari,

    Defendant.

_____

    Justin A. Wesley, Assistant United States Attorney, Counsel for Plaintiff.

    Rick E. Mattox, Counsel for Defendant.

_____

    This matter is before the Court on Defendant's Third Motion for Hearing to Reconsider Detention.   (Doc. No. 304.)

    By Order dated October 2, 2020, this Court denied Defendant's second motion for release.   After reviewing the motion currently before the Court, it is clear that Defendant has presented no new evidence or argument in support of his release pending trial.   Accordingly, for the reasons set forth in the Order dated October 2, 2020, the Court will deny Defendant's motion.

    Accordingly,

1

IT IS HEREBY ORDERED that Defendant's Third Motion for Hearing to Reconsider Detention (Doc. No. 304) is **DENIED**.

Date:    October 13, 2020

                                          s/ Michael J. Davis
                                          Michael J. Davis
                                          United States District Court